UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULES W. NOBLE, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:97-cv-1053

## ORDER TO INVEST FUNDS

Pursuant to the Order for the Distribution of Sale Proceeds, the Clerk of Court is holding funds in the amount of $21,821.76. These funds represent the remaining amount of the sale proceeds to be held until such time as the Constitutional Church of America appears through an attorney and makes a request for the distribution of its portion of the proceeds.

**IT IS HEREBY ORDERED** that said funds be disbursed from the U.S. Treasury and placed into an interest bearing account until further order of this Court.

Date:  July 13, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge